IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EDWARD TYLER KITCHENS,           )
                                 )
        Plaintiff,               )
                                 )
        v.                       )      CASE NO. 2:21-CV-635-WHA-CSC
                                 )
AUTAUGA COUNTY METRO JAIL,       )
et al.,                          )
                                 )
        Defendants.              )

## ORDER

On September 29, 2021, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. Doc. 3. There being no objection filed to the Recommendation, and after an independent review of the file, the Court concludes the Magistrate Judge's Recommendation should be adopted. Accordingly, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 3) is ADOPTED.

2. Plaintiff's claims against the Autauga Metro Jail are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915A(b)(1).

3. The Autauga Metro is TERMINATED as a party to this action prior to service of process.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure as to Defendant Autauga Metro Jail.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

Done, this 8th day of November 2021.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE