IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD TYLER KITCHENS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:21-CV-635-RAH-CSC |
| LARRY NIXON, et al., | ) |
| Defendants. | ) |

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on March 7, 2024. (Doc. 32.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Defendants' Motion to Dismiss (Doc. 27) is GRANTED; and

2. This case is DISMISSED for Plaintiff's failure to exhaust his administrative remedies prior to filing suit.

Final Judgment will be entered separately.

DONE, on this the 26th day of March 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE